UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 17-10307-FDS |
| | ) |
| PHILIP TORONTO, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

**SAYLOR, D.J.**

WHEREAS, on October 5, 2017, a federal grand jury sitting in the District of Massachusetts returned a two-count Indictment, charging defendant Philip Toronto (the "Defendant"), with Sexual Exploitation of Children, in violation of 18 U.S.C. §§ 2251(a) and (e) (Counts One and Two);

WHEREAS, the Indictment also included a forfeiture allegation, pursuant to 18 U.S.C. § 2253, which provided notice that the United States intended to seek the forfeiture, upon conviction of the Defendant of one or more of offenses alleged in Counts One and Two of the Indictment, of any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property;

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located

upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets described in Paragraph 2 above, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p);

WHEREAS, on November 21, 2017, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One and Two of the Indictment;

WHEREAS, this Court ordered the Defendant to forfeit the following Properties, pursuant to the terms of the Preliminary Order of Forfeiture:

    (a)    one Apple iPhone IMEI: 358357060424563;

    (b)    one Apple iPhone 6S Plus IMEI: 355735070594041;

    (c)    one Apple iPhone 4 with cracked screen;

    (d)    four Enfain 16GB thumb drives;

    (e)    one HP desktop computer, bearing serial number MXM3450YYN;

    (f)    one HP Pavilion Desktop Computer, bearing serial number 4OE12304IT;

    (g)    one Lexar thumb drive (black/red) 4GB;

    (h)    one Lexar thumb drive (white/orange) 8GB;

    (i)    one Micro SD card 256MB;

    (j)    one SanDisk 4GB Pro Duo memory stick, bearing serial number BH1005613850G;

    (k)    one SanDisk Cruzer micro thumb drive (black) 2GB;

(l) one SanDisk Pro Duo memory stick, bearing serial number BH1008313850G;

(m) one SanDisk Pro Duo memory stick (black) 8GB SD card, bearing serial number BI1007713850G;

(n) three SanDisk Pro Duo memory stick (blue) 4GB SD cards;

(o) one SanDisk Pro Duo memory stick (teal) 2GB SD Card, bearing serial number BE0825211990D;

(p) one SanDisk Ultra (black) 128GB micro memory SD card;

(q) one SanDisk Ultra II (black) 2GB SD card, bearing serial number BE0714502744B;

(r) one Seagate 100GM External HD, bearing serial number 5PL11V73;

(s) three Sony Pro-HG Duo memory sticks, bearing serial numbers CA09L1L, FA03L1L, and FA29L1L;

(t) one Sony memory stick 128MB;

(u) five Sony Pro Duo memory sticks (black) 4 GB SD cards, bearing serial numbers BH0914413713G, BH0916813713G, BH0916913713G, JC01L1L, C22L1L;

(v) twenty-four Sony Pro-HG Duo memory stick (black) 8 GB SD cards, bearing various serial numbers;

(w) one WD 40 GB HD, bearing serial number WCAATF828706; and

(x) one Sony Cybershot digital camera

(collectively, the "Properties");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on January 25, 2018 and ending on February 23, 2018; and

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Properties, and are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Properties are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Properties in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

_____
F. DENNIS SAYLOR IV
United States District Judge

Dated: April 12, 2018